IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Rice,                                             Case No. 3:13cv263

         Plaintiff(s)

v.                                                    Order

Kellermeyer Company,

         Defendant(s)

Upon representation of counsel that the cause of action has been settled between the parties, it is hereby

Ordered that:

1. The pretrial scheduled for September 22, 2014 and the trial scheduled for October 21, 2014 is vacated.

2. Dismissal entry to be filed by October 17, 2014.

So ordered.

                                                       s/ Jeffrey J. Helmick
                                                       United States District Judge